**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.   TONI THOMAS, | ) |
|            Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-14-1241-HE |
| 1.   BOB MOORE AUTO GROUP, <br> 2.   BOB MOORE NISSAN OF <br>            NORMAN, L.L.C., | ) ) ) ) ) |
|            Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 26th DAY OF MAY, 2016.**


s/Amber Hurst
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

s/Kristin M. Simpsen
*(Signed by filing party with permission)*
Roberta B. Fields, OBA No. 10805
Kristin M. Simpsen, OBA No. 22302
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: roberta.fields@mcafeetaft.com
        kristin.simpsen@mcafeetaft.com
*Attorneys for Defendants*